THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MARY MIKULEC, Respondent.

*Crimes — murder in second degree — judgment of conviction properly reversed.*

People v. Mikulec, 207 App. Div. 505, affirmed.

(Submitted January 30, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1924, reversing a judgment of the Rensselaer County Court, rendered upon a verdict convicting the defendant of the crime of murder in the second degree and granting a new trial.

*Timothy J. Quillinan,* District Attorney (*John J. Kelly* of counsel), for appellant.

*Philip J. Cirillo* and *Ely S. Koplovitz* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, ANDREWS and LEHMAN, JJ. Dissenting: POUND and CRANE, JJ. Absent: McLAUGHLIN, J.